IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJINDER DHILLON, ) | CV F-07-1216 AWI NEW |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATED MOTION |
| v. ) | FOR AN EXTENSION OF TIME TO |
| ) | RESPOND TO THE COMPLAINT AND |
| MICHAEL CHERTOFF, SECRETARY ) | ORDER THEREON |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    Defendants, by undersigned counsel, respectfully move, for an additional sixty (60) days to file the defendants' response to plaintiff's complaint, to and including December 18, 2007.

    In the complaint, plaintiff alleges defendants have failed to timely process his application for adjustment of status. Agency officials have informed Government counsel that adjudication is imminent. As adjudication will obviate the need for further proceedings, defendants respectfully request an extension of the time in which to file their response to the complaint. Defendants further request the deadline for filing a joint status report be stayed until defendants' file their response to the complaint.

This is defendants' first request for an extension in this case. Plaintiff's counsel consents to this motion.

Dated: October 18, 2007           Respectfully submitted,

                                           McGREGOR W. SCOTT
                                           United States Attorney

                                           /s/ Ada E. Bosque
                                           ADA E. BOSQUE
                                           Department of Justice

## O R D E R

Pursuant to defendants' request for an extension of the time in which to respond to plaintiff's complaint in *Dhillon v. Chertoff*, 07-cv-1216-AWI-NEW, and for the reasons stated therein, IT IS HEREBY ORDERED that defendants' deadline to file a response to the complaint is extended until December 18, 2007.  It is further ORDERED that the deadline for filing of a joint status report is stayed, pending defendants' response to the complaint.

IT IS SO ORDERED.

**Dated:   October 19, 2007**                  **/s/ Anthony W. Ishii**
                                                           UNITED STATES DISTRICT JUDGE