McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJINDER DHILLON, | CV 07-F-CV-1216 AWI |
| Plaintiff, | |
| v. | |
| Michael Chertoff, et al. | **DEFENDANTS' SECOND MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE AN ANSWER AND ORDER** |
| Defendants. | |

Plaintiff has filed a complaint alleging that defendants have failed to timely process his application for adjustment of status to that of lawful permanent resident. On October 18, 2007, defendants filed an initial request for an extension of time in which to file an answer to the complaint, indicating that adjudication was imminent. As of the date of filing of this second request, the adjudication has not been completed, but according to officials within the U.S. Citizenship and Immigration Services, remains imminent and likely to be completed within an additional 60 days.

For this reason, defendants request a second extension of time in which to either file an answer to the complaint or a motion to dismiss the matter as moot. Defendants expect this adjudication to be completed within an additional 60 days, and therefore request an extension until February 15, 2007. Plaintiff's counsel consents to this motion.

Dated: December 17, 2007          Respectfully Submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

-1-

By:   /s/Audrey Hemesath
<u>Audrey B. Hemesath</u>
Assistant U.S. Attorney
Attorneys for the Defendants

## ORDER

Pursuant to this Second Motion for an Extension of Time and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on February 15, 2008.

IT IS SO ORDERED.

Dated: **December 19, 2007**          /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE