1  JAMES M. MAKASIAN (SBN 71791)
   JAMES M. MAKASIAN,
2  A PROFESSIONAL CORPORATION
   2300 Tulare Street, Suite 250
3  Fresno, California 93721
   Telephone: (559) 442-4212
4  Facsimile: (559) 442-4127

5  STEVE P. SIMONIAN, Jr. (SBN 082858)
   2300 Tulare Street, Suite 250
6  Fresno, California 93721
   Telephone: (559) 442-4212
7  Facsimile: (559) 442-4127

8  Attorney for Plaintiff

9

10                      UNITED STATES DISTRICT COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12  MANJINDER DHILLON,                    )
                                          )    CV F-07-1216 AWI NEW
13              Plaintiff,                 )
                                          )    NOTICE OF VOLUNTARY DISMISSAL
14                                        )    OF PLAINTIFF, MANJINDER DHILLON,
    v.                                    )    AND PROPOSED ORDER
15                                        )
    MICHAEL CHERTOFF, SECRETARY           )
16  DEPARTMENT OF HOMELAND                )    Rule 41 (a)(1)
    SECURITY, et al.,                     )
17                                        )    A 71944707
                Defendants.               )
18  _____ )

19

20

21        PLEASE TAKE NOTICE:

22        That PLAINTIFF, MANJINDER DHILLON, has cleared the background name check and

23  there are no steps remaining in the adjudication of his green card application.  Accordingly,

24  Plaintiff, MANJINDER DHILLON, hereby requests that the case be dismissed pursuant to Rule

25  41 (a)(1) of the Federal Rules of Civil Procedure.

26        Under Rule 41(a)(1), a plaintiff has an absolute right to dismiss his action prior to service

27  by the defendant of an answer or motion for summary judgment. Wilson v. City of San Jose, 111

28  F.3d 688, 692 (9th Cir. 1997).

1    No answers to plaintiff's complaint and no motions for summary judgment have been

2   filed in this case.  No such answers or summary judgment motion have been served.

3   Accordingly, Plaintiff, MANJINDER DHILLON, requests that this action be dismissed.

4

5                                              Respectfully Submitted,

6

7

8

9   Dated: February 5, 2008                    /s/ JAMES M. MAKASIAN
                                                JAMES M. MAKASIAN
10                                              STEVE P. SIMONIAN, Jr.
                                                Attorneys for Plaintiff
11

12

13                                  ORDER

14    Plaintiff's request to dismiss is GRANTED.  The Clerk of the Court is DIRECTED TO

15   close this action.

16

17   IT IS SO ORDERED.

18   **Dated:   February 6, 2008**                    **/s/ Anthony W. Ishii**
                                                UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28